FILED
CLERK

1:04 pm, May 14, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

MRM:OG
F.#2021R00475

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MILTON CANALES-MOLINA,
also known as "Milton Marin Caceres-Molina" and "El Chupa,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

(8 U.S.C. § 1326(a))

**UNDER SEAL**

21-MJ-595(SIL)

EASTERN DISTRICT OF NEW YORK, SS:

DENNIS CARROLL, being duly sworn, deposes and states that he is a Deportation Officer with the United States Immigration and Customs Enforcement, duly appointed according to law and acting as such.

Upon information and belief, there is probable cause to believe that on or about November 16, 2019, within the Eastern District of New York, the defendant MILTON CANALES-MOLINA, also known as "Milton Marin Caceres-Molina" and "El Chupa," being an alien who was previously excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the United States Attorney General or Secretary of the Department and Homeland Security, had expressly consented, was found in the United States.

(Title 8, United States Code, Section 1326(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. A review of the defendant's immigration history indicates that on or about December 16, 2009, the defendant was ordered removed the United States after having been found to be present in the United States illegally. Pursuant to the removal order, the defendant was then deported to El Salvador on or about February 9, 2010. Prior to his removal from the United States on or about February 9, 2010, the defendant was fingerprinted by law enforcement officers.

3. On or about November 16, 2019, the defendant was arrested in Brookhaven, New York by the Suffolk County Police Department. The defendant was charged with false personation in violation of New York State law and was fingerprinted after his arrest.

4. The fingerprints taken from the defendant in connection with his arrest on November 16, 2019 were compared with the fingerprints associated with 2010 removal.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances.

A United States Deportation Officer trained in and certified by the Federal Bureau of Investigation in fingerprint analysis and comparison determined that the fingerprints were made by one and the same individual.

5. A search of immigration records revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant MILTON CANALES-MOLINA, also known as “Milton Marin Caceres-Molina” and “El Chupa,” so that he may be dealt with according to law.

Finally, your deponent respectfully requests that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet. Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the target an

opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change patterns of behavior.

DENNIS CARROLL
Deportation Officer
United States Immigration and Customs Enforcement

Subscribed and sworn to before me

THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK