MRM:OG
F. #2021R00475

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25 2021 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MILTON CANALES-MOLINA,
    also known as "Milton Marin
    Caceres-Molina" and
    "El Chupa,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR 21 284
(T. 8, U.S.C., § 1326(a); T. 18, U.S.C.,
§§ 3551 et seq.)

**SEYBERT, J.**

**WICKS, M.J.**

THE GRAND JURY CHARGES:

## ILLEGAL REENTRY

On or about November 16, 2019, within the Eastern District of New York, the defendant MILTON CANALES-MOLINA, also known as "Milton Marin Caceres-Molina" and "El Chupa," an alien who had previously been removed and deported from the United States, was found in the United States, without the Secretary of the United States Department of

Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Section 1326(a); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*Karin Awiecicki*
FOREPERSON

MARK J. LESKO
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| MILTON CANALES-MOLINA, also known as "Milton Marin Caceres-Molina" and "El Chupa," | ) Case No.  **CR 21 284** |
| *Defendant* | ) |

**SEYBERT, J.**

### ARREST WARRANT

**WICKS, M.J.**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MILTON CANALES-MOLINA, also known as "Milton Marin Caceres-Molina" and "El Chupa," who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal reentry, in violation of Title 8, United States Code, Section 1326(a).

Date: 05/25/2021

*Issuing officer's signature*

City and state: Central Islip, New York

The Honorable Steven L. Tiscione
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*